IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
WILLIAM HART,                    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    No.  13 C 6146
                                 )
YAHOO! INC.,                     )
                                 )
          Defendant.             )
```

## MEMORANDUM ORDER

On August 28, 2013 plaintiff William Hart ("Hart") filed against Yahoo! Inc. ("Yahoo") what he labeled as his Ex Parte Motion For Issuance of Foreign Subpoena to Pro Se Party. But having done so, Hart failed to comply with this District Court's LR 5.3(b):

> Every motion or objection shall be accompanied by a notice of presentment specifying the date and time on which, and judge before whom, the motion or objection is to be presented. The date of presentment shall not be more than 14 days following the date on which the motion or objection is delivered to the court pursuant to LR 78.1.

Moreover, this Court sees no predicate for Hart's having submitted his motion ex parte rather than with notice to Yahoo, particularly because his own recital in the motion reflects an active controversy that he has engaged in with Yahoo in other courts.

With more than 14 days now having elapsed since the August 28 submission of Hart's motion, LR 78.2 allows this Court to deny the motion on its own initiative. In light of what has

been said earlier in this memorandum order, this Court does so. Both the motion and this action are dismissed.

United

_____
Milton I. Shadur
Senior States District Judge

Date:  September 12, 2013